**ATTACHMENT A**

Sumter County Parcel ID number 090-000-20-56
**BRYANT PROPERTY 2**.

**Description of the premises to be searched:**

Sumter County Parcel ID 090-000-20-56 is a 4.15 acre parcel made up of a large area of

cleared land. There are dogs, dog kennels, wooden structures, and vehicles located on the property.



