
Case Number: AT 3330-0083

Location of Search:
Parcel ID 090-000-20-56
Spencer Rd

# Search Warrant Inventory

| Item # | Description |
|---|---|
| 1 | Empty pedigree dog food bag. Location G. Located by SA Tolomeo |
| 2 | Empty pedigree dog food bag. In rear yard, Buick. Located by SA Tolomeo |
| 3 | Slat mill. Location G. Located by SA Tolomeo |
| 4 | 25 live pit bull type dogs. Rear yard fenced area. Located by SA Tolomeo |
| 5 | Harness with D ring. Location G. Located by SA Tolomeo |
| 6 | staplers and glue. Location G. Located by SA Tolomeo |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |



*Nothing Further* — [signature] Jimmy Tolomeo

32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51
52
53

*Nothing Further*
*Kelsey W Tolomeo*

On __9·25·22__ at __1200__ hours, this inventory was prepared and a copy was provided in the following manner:

__X__ No person was present to provide a copy of this inventory, subsequently it was left at the below locations:

__In Kitchen area of 4350 Spencer Rd__

____ A copy of this inventory was provided to the following person:

Name: _____    Signature: _____
Address: _____

I, the inventory officer, certify this inventory depicts a true and accurate representation of the items seized pursuent to the search warrant.

Inventory Officer: *Kelsey W Tolomeo*    Witness: *M*

Printed Name: __Kelsey Tolomeo__    Printed Name: __Michael Johnson__

PG 2 of 2

